**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JESUS NAVARRO,

    Plaintiff

v.

NAPHCARE, et al.,

    Defendants

Case No.: 3:24-cv-00597-MMD-CSD

**Order**

Re: ECF Nos. 19, 21

Plaintiff is an inmate in custody of the Nevada Department of Corrections (NDOC), proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983 concerning events that took place while he was detained at the Washoe County Detention Facility (WCDF). The court screened Plaintiff's complaint and allowed him to proceed with a Fourteenth Amendment inadequate medical care claim as well as a state law medical negligence claim against defendant Naphcare. (ECF No. 7.)

A summons was issued and was returned executed, indicating that Naphcare was served by personally serving its officer at the address of record for its officer in Alabama. (ECF No. 14.)[1] To date, Naphcare has not filed an answer or otherwise appeared in this action.

Plaintiff has filed a motion requesting the entry of default as well as a full judgment in the amount of $10,000 per day and $10,000 per injury for the 40 days he allegedly waited to be taken to the hospital for his injured clavicle. (ECF No. 19.) Plaintiff also filed a motion advising the court he had filed a motion for default and was awaiting a decision. (ECF No. 21.)

---

[1] The Nevada Secretary of State's website indicates that this is the correct address for Naphcare's officer.

When a party fails to plead or otherwise defend an action, the clerk must enter that party's default. Fed. R. Civ. P. 55(a). Naphcare appears to have been properly served, and it has failed to answer or otherwise appear and defend this action. Therefore, entry of clerk's default is appropriate under Rule 55(a).

The entry of default *judgment* under Rule 55(b) is inappropriate at this point.

**CONCLUSION**

(1)  Plaintiff's motion for entry of default (ECF No. 19) is **GRANTED** insofar as the Clerk shall enter default against Naphcare pursuant to Rule 55(a). The motion is **DENIED** insofar as Plaintiff requests the entry of default judgment.

(2) Plaintiff's motion advising the court of the filing of the motion for default (ECF No. 21) is **DENIED AS MOOT.**

(3) The Clerk shall **SEND** by regular mail a copy of ECF Nos. 7, 8, 14, as well as this Order to Naphcare at the following addresses identified on the Nevada Secretary of State's website:

Naphcare Nevada LLC
C/O Corporation Service Company as Commercial Registered Agent
112 North Curry Street
Carson City, NV 89703

Naphcare Nevada LLC
2090 Columbiana Road, Suite 4000
Birmingham, AL 35216

**IT IS SO ORDERED**.

Dated: February 24, 2026

_____
Craig S. Denney
United States Magistrate Judge

2