**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS NAVARRO,<br>Plaintiff<br>v.<br>NAPHCARE, et al.,<br>Defendants | Case No.: 3:24-cv-00597-MMD-CSD<br>**Order**<br>Re: ECF No. 45 |

The court **WITHDRAWS** the report and recommendation set forth at ECF No. 45 and will issue a new report and recommendation screening the second amended complaint in due course.

**IT IS SO ORDERED**.

Dated: August 31, 2026

Craig S. Denney
United States Magistrate Judge