**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JESUS NAVARRO,

Plaintiff

v.

NAPHCARE, et al.,

Defendants

Case No.: 3:24-cv-00597-MMD-CSD

**Order**

Re: ECF No. 44

Plaintiff has filed a motion for an extension of the scheduling order deadlines. (ECF No. 44.)

The court has concurrently issued a report and recommendation screening Plaintiff's second amended complaint (SAC), which recommends that Plaintiff only be permitted to proceed with claims against doe defendants once he learns their identities. Therefore, all scheduling order deadlines are **VACATED** and will be addressed if and when Plaintiff identifies the doe defendants. As such, Plaintiff's motion for an extension of the scheduling order deadlines (ECF No. 44) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: September 3, 2026

Craig S. Denney
United States Magistrate Judge